# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ADI WORLDLINK, LLC | § |
| | § Civil Action No. 4:16-CV-665 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| RSUI INDEMNITY COMPANY | § |
| | § |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting entered on this same date, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff ADI Worldlink, LLC take nothing on all claims asserted against Defendant RSUI Indemnity Company. Plaintiff's claims against Defendant and the above titled and numbered cause are hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**
SIGNED this 18th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE